**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>        Plaintiff,<br><br>vs.<br><br>OPERTURE,INC., *et al.*,<br><br>        Defendants. | 2:17-cv-01646-RFB-VCF<br>**ORDER** |

      Before the Court is the Motion to Amend Complaint (ECF NO. 27).

      Pursuant to LR 7-2(d), [t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, no opposition has been filed and the time to file an opposition has passed.

      Accordingly, and for good cause shown,

      IT IS HEREBY ORDERED that Motion to Amend Complaint (ECF NO. 27) is GRANTED. Plaintiff must file the Amended Complaint on or before July 27, 2018.

      DATED this 20th day of July, 2018.

                                                                   CAM FERENBACH
                                                                   UNITED STATES MAGISTRATE JUDGE