# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Federal National Mortgage Association | **DEFAULT** |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | Case Number: 2:17-cv-01646-RFB-VCF |
| Operture, Inc., et al. | |
| Defendant. | |

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered as follows:

The Court finds in favor of Federal National Mortgage Association and declares that the foreclosure sale did not extinguish the deed of trust recorded against the property on September 16, 2005 and that Twilight Properties, LLC acquired its interest in the property subject to the deed of trust.

| | |
|---|---|
| 8/12/2019 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ A. Reyes |
| | Deputy Clerk |