WRIGHT, FINLAY & ZAK, LLP
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
nlehman@wrightlegal.net
*Attorneys for Plaintiff, Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>OPERTURE, INC.; PARCELNOMICS, LLC; FALLBROOK PROPERTY, LLC; TWILIGHT PROPERTIES, LLC; and TIERRA DE LAS PALMAS OWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-01646-RFB-VCF<br><br>**STIPULATION AND ORDER TO DISMISS TIERRA DE LAS PALMAS OWNERS ASSOCIATION** |

Plaintiff, Federal National Mortgage Association, by and through its attorney of record, Natalie C. Lehman, Esq. of the law firm of Wright, Finlay & Zak LLP; and Defendant, Tierra De Las Palmas Owners Association, by and through its attorney of record Elizabeth B. Lowell, Esq. of the law firm of Robbins Law Firm, hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint filed by Plaintiff, Federal National Mortgage is DISMISSED WITHOUT PREJUDICE as to Defendant, Tierra De Las Palmas Owners Association;

**IT IS FURTHER STIPULATED AND AGREED** that nothing in this Stipulation and Order is intended to be, or will be, construed as an admission of the allegations, claims or defenses of the Parties;

**IT IS FURTHER STIPULATED AND AGREED** that each Party shall bear its own attorney's fees and costs incurred in this litigation and settlement;

**IT IS SO STIPULATED**.

DATED this 26th day of August, 2019

WRIGHT, FINLAY & ZAK, LLP

*/s/ Natalie C. Lehman, Esq.*
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff Federal National Mortgage Association*

DATED this 26th day of August, 2019

ROBBINS LAW FIRM

*/s/ Elizabeth B. Lowell, Esq.*
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
1050 Indigo Dr., Suite 200
Las Vegas, Nevada 89145
*Attorneys for Defendant Tierra De Las Palmas Owners Association*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 27th day of August, 2019.